UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER NUNEZ,

                              Plaintiff,

              -against-

GUZMAN, ET AL.,

                              Defendants.

25-cv-0975(LTS)

CIVIL JUDGMENT

For the reasons stated in the February 05, 2025, the Court dismisses this action without prejudice for failure to comply with the Court's October 31, 2023 order in Nunez, ECF 1:23-CV-0625, 20. All other pending matters in this action are terminated.

The Court warns Plaintiff that should he persist in filing frivolous, duplicative, and non-meritorious litigation, it may result in the imposition of additional sanctions, including monetary penalties. See 28 U.S.C. § 1651.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 10, 2025
         New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge